PROB 12C
(6/16)

Report Date:  June 5, 2026

## United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2026

SEAN F. McAVOY, CLERK

Eastern District of Washington

ECF No. 61

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rick Allen Monroe            Case Number: 0980 2:24CR00172-RLP-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: April 13, 2026

Original Offense:         Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:        Prison - 452 Days;         Type of Supervision: Supervised Release
                          TSR - 120 Months

Asst. U.S. Attorney:      Alison L. Gregoire        Date Supervision Commenced: April 30, 2026

Defense Attorney:         Federal Public Defender   Date Supervision Expires: April 29, 2036

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/20/2026.

On May 6, 2026, Mr. Rick Monroe signed his conditions relative to case number 2:24CR00172-RLP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Monroe is alleged to have violated mandatory condition number 1, by committing the offense of criminal impersonation in the first degree on or about May 25, 2026, in violation of R.C.W. 9A.60.040.1, a Class C felony.

Specifically on May 25, 2026, the undersigned officer received notification that Mr. Monroe was arrested in the Western District of Washington in Kitsap County. On June 3, 2026, the police report relative to this matter was received by the U.S. Probation Office in Spokane.

According to reports, on May 25, 2026, an officer with the Kitsap County Sheriff's Office responded to a request for assistance from a local medical facility. The reporting party requested to speak with law enforcement regarding a patient who was acting "evasive" and had provided a false name. During discussion with the reporting party, the officer was informed that the medical facility had learned that the subject, who provided a name of Richard Moor, was in fact Rick Monroe. The party further advised that they had learned that

**Prob12C**
**Re: Monroe, Rick Allen**
**June 5, 2026**
**Page 2**

he was a registered sex offender, and were concerned about his status in the community in light of his attempts to deceive staff.

The officer subsequently learned of Mr. Monroe's active federal warrant, positively identified him as the subject of the warrant, and took him into custody. The officer noted that the subject did not seem surprised when advised by the officer that he was under arrest for his U.S. Marshals warrant.

The report further indicates that after having transported Mr. Monroe to the jail, where he was to be booked into custody, he identified himself to jail staff as "Richard Moor." Mr. Monroe further claimed confusion as to where he was at, to include the city and the state that he was in, claiming that he did not know how he had gotten there.

The report concludes noting the officer's having forwarded his report to the U.S. Marshals Service and the prosecutor for "review and charging of criminal impersonation 1st degree."

5     **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Monroe is alleged to have violated standard condition number 3, by being arrested in the Western District of Washington, on or about May 25, 2026, without having previously received permission from the U.S. Probation Office in Spokane to travel from the Eastern District of Washington.

Specifically on May 25, 2026, the undersigned officer received notification that Mr. Monroe was arrested in the Western District of Washington in Kitsap County. On June 3, 2026, the police report relative to this matter was received by the U.S. Probation Office in Spokane.

According to reports, on May 25, 2026, an officer with the Kitsap County Sheriff's Office responded to a request for assistance at a local medical facility. The reporting party requested to speak with law enforcement regarding a patient who was acting "evasive" and had provided a false name. Further dialogue with the reporting party and subsequent investigation revealed that the patient in question was Rick Monroe. Mr. Monroe was subsequently contacted at the facility on the day in question and taken into custody on his outstanding federal warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 5, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Monroe, Rick Allen**
**June 5, 2026**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[ x]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

June 5, 2026
_____
Date